IN THE MATTER OF THE PETITION OF CHARLES E. PATTER-
SON, Receiver, etc.

(Argued June 18, 1879; decided September 17, 1879.)

DECIDED on opinion of court below.   (Reported below
18 Hun, 221.)

*Nathaniel C. Moak* for appellant.

*Esek Cowen* for respondent.

*Per Curiam* opinion for affirmance.

All concur.

Order affirmed.